UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 16-2445-JFW (SSx)**                                    Date: September 28, 2016

Title:      Amy Sadler -v- CIGNA Group Insurance, et al.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

Shannon Reilly                                      None Present
Courtroom Deputy                                    Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
             None                                              None

**PROCEEDINGS (IN CHAMBERS):**       ORDER OF DISMISSAL

In the Notice of Settlement filed on September 28, 2016, Dkt. No. 23, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before **November 14, 2016**.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until November 14, 2016.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the trial date are vacated.

IT IS SO ORDERED.

Initials of Deputy Clerk   sr

(Rev. 1/14/15)